UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| BOSTON SOCIETY OF THE NEW JERUSALEM, INCORPORATED, BOSTONVIEW CORPORATION, EDWARD MACKENZIE, and THOMAS KENNEDY, | ) ) ) ) ) ) | MAGISTRATE JUDGE _____ |
| Plaintiffs, | ) ) | CIVIL ACTION NO. |
| v. | ) ) ) | RECEIPT # _____ |
| GREAT AMERICAN INSURANCE COMPANY, | ) ) ) ) ) | AMOUNT $250 SUMMONS ISSUED N/A LOCAL RULE 4.1 _____ WAIVER FORM _____ |
| Defendant. | ) ) ) | MCF ISSUED _____ BY DPTY CLK _____ DATE 3/15/05 |

## NOTICE OF REMOVAL

Defendant, Great American Insurance Company ("GREAT AMERICAN"), hereby gives notice of its removal of Civil Action No. 05-0536 filed in the Superior Court Department of the Trial Court, Suffolk County, Commonwealth of Massachusetts, to this Court pursuant to 28 U.S.C. §§1441(a) and 1446, and in accordance with 28 U.S.C. §1332. In support of its Notice of Removal, GREAT AMERICAN states as follows:

### THE STATE COURT ACTION

1.  On or about February 11, 2005 plaintiffs commenced a civil action (the "State Court Action") by filing a Complaint (the "Complaint") against GREAT AMERICAN in the Superior Court Department of the Trial Court, Suffolk County, Massachusetts, as Civil Action No. 05-0536. Plaintiffs attempted to serve the Commissioner of Insurance for the Commonwealth of Massachusetts, as attorney and process agent for GREAT AMERICAN, with

the Summons and Complaint in the State Court Action on or about February 15, 2005. The Insurance Commissioner transmitted a copy of the Summons and Complaint to GREAT AMERICAN by certified mail received by it on February 18, 2005. A copy of the Summons and Complaint sent to GREAT AMERICAN is attached as Exhibit A.

2.  GREAT AMERICAN has not yet answered the Complaint.

## THE PARTIES

3.  Plaintiff Boston Society of the New Jerusalem, Incorporated (the "Church") is a church located at 140 Bowdoin Street, Boston, Massachusetts that was organized by an act of the Massachusetts Legislature in 1823.

4.  Plaintiff Bostonview Corporation ("Bostonview") is a nonprofit corporation organized under the laws of Delaware with its principal place of business at 140 Bowdoin Street, Boston, Massachusetts.

5.  Plaintiffs Edward MacKenzie and Thomas Kennedy are individuals residing in the Commonwealth of Massachusetts.

6.  GREAT AMERICAN is an insurance company organized under the laws of Ohio with a principal place of business in Ohio, and is authorized to do business in the Commonwealth of Massachusetts.

## THE NATURE OF THE DISPUTE

7.  Plaintiffs' Complaint seeks damages pursuant to a dispute about insurance coverage under Non-Profit Organization Executive Protection and Employment Practices Liability Insurance Policy (the "Policy") GREAT AMERICAN issued to the Church. More specifically, among other things, plaintiffs seek reimbursement of the costs incurred by them in

three separate matters they call the Federal Lawsuit, the State Lawsuit, and the Attorney General's Action. According to their Complaint, plaintiffs incurred costs of more than $400,000 in connection with the Federal Lawsuit alone (Complaint, ¶3), and in their prayer for relief request judgment for three times the defense costs they incurred in all three matters.

**STATUTORY REQUIREMENTS FOR REMOVAL**

8. The State Court Action is a civil action over which this Court has diversity jurisdiction under 28 U.S.C. §1332(a)(1). Great American is entitled to remove the State Court Action to this Court pursuant to 28 U.S.C. § 1441(a) in that:

    a. GREAT AMERICAN is, and was at the time of the commencement of the State Court Action, domiciled in Ohio with its principal place of business in Ohio.

    b. The Church is, and was at the time of the commencement of the State Court Action, organized under the laws of Massachusetts with its principal place of business in Boston, Massachusetts.

    c. Bostonview is, and was at the time of the commencement of the State Court Action, a Delaware corporation with its principal place of business in Boston, Massachusetts.

    d. Edward MacKenzie and Thomas Kennedy are, and were at the time of the commencement of the State Court Action, citizens of the Commonwealth of Massachusetts.

    e. The amount in controversy exceeds $75,000, exclusive of interest and costs.

9. The State Court Action is pending in this judicial district.

10. This Notice of Removal is filed within the thirty-day period described in 28 U.S.C. §1446(b).

11. GREAT AMERICAN has attached true and accurate copies of all process, pleadings and orders which plaintiffs have attempted to serve on it in the State Court Action.

12. Written notice of the filing of this Notice of Removal will be given promptly by GREAT AMERICAN to counsel for plaintiffs as specified in the attached Certificate of Service, as required by 28 U.S.C. §1446(d).

13. A copy of this Notice of Removal will be filed promptly by GREAT AMERICAN with the Clerk of the Superior Court Department of the Trial Court, Suffolk County, Massachusetts, in accordance with 28 U.S.C. §1446(d).

14. Pursuant to Loc. R. 81.1, Great American will file, within thirty (30) days after filing this Notice of Removal, certified or attested copies of all records and proceedings in the Suffolk Superior Court Action and a certified or attested copy of all docket entries in the Suffolk Superior Court Action.

WHEREFORE, Great American Insurance Company respectfully requests that this Court take this action from the Superior Court of the Commonwealth of Massachusetts, Suffolk County, to the United States District Court for the District of Massachusetts.

Dated:  March 15, 2005

Respectfully submitted,

GREAT AMERICAN INSURANCE COMPANY

Stephen J. Abarbanel BBO# 010110
Barbara A. O'Donnell BBO# 544458
ROBINSON & COLE LLP
One Boston Place
Boston, MA  02108-4404
(617) 557-5900

**Of Counsel:**

Peter F. Lovato III
Ellen Jenkins
BOUNDAS SKARZYNSKI WALSH & BLACK, LLC
200 East Randolph Drive, Suite 7200
Chicago IL 60601
(312) 946-4200
(312) 946-4272 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of March 2005, I have served the foregoing document upon all parties to this action by sending a copy by first class mail, postage prepaid, to plaintiffs' counsel of record in this action:

                                      Nicholas B. Carter, Esq.
                                      Todd & Weld LLP
                                      28 State Street
                                      Boston, MA 02109

                                      _____
                                      Barbara O'Donnell

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only): **Boston Society of The New Jerusalem, Incorporated, BostonView Corporation, Edward MacKenzie and Thomas Kennedy**

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   ☐  I.   160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   ☐  II.  195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,     *Also complete AO 120 or AO 121
            740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.        for patent, trademark or copyright cases

   ☒  III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
            315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
            380, 385, 450, 891.

   ☐  IV.  220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
            690, 810, 861-865, 870, 871, 875, 900.

   ☐  V.   150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

   **The General Convention of The New Jerusalem in the United States of America, Inc., et al. v. Edward MacKenzie, et al., CA. No.1041-WGY** _04-10399_

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
   YES ☐   NO ☒

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)
   YES ☐   NO ☒

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
   YES ☐   NO ☐

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
   YES ☐   NO ☒

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
   YES ☒   NO ☐

   A. If yes, in which division do all of the non-governmental parties reside?
      Eastern Division ☒   Central Division ☐   Western Division ☐

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
      Eastern Division ☐   Central Division ☐   Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
   YES ☐   NO ☒

(PLEASE TYPE OR PRINT)

ATTORNEY'S NAME   **Barbara A. O'Donnell, Esq.**

ADDRESS   **Robinson & Cole LLP, One Boston Place, Boston, MA 02108-4404**

TELEPHONE NO.   **617-557-5900**

BOST1-852571-1

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Boston Society of The New Jerusalem, Incorporated

(b) County of Residence of First Listed Plaintiff: Suffolk
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) Attorney's (Firm Name, Address, and Telephone Number)
Nicholas Carter, Todd & Weld LLP
28 State Street, Boston, MA 02108

## DEFENDANTS
Great American Insurance Company

County of Residence of First Listed Defendant: N/A
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)
Barbara A. O'Donnell, Robinson & Cole LLP
One Boston Place, Boston, MA 02108

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☒ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 690 Other |  | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability |  | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights |  |  |
|  | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition |  | ☐ 950 Constitutionality of State Statutes |

(Torts column also includes:)
**PERSONAL INJURY**
☐ 362 Personal Injury - Med. Malpractice
☐ 365 Personal Injury - Product Liability
☐ 368 Asbestos Personal Injury Product Liability
**PERSONAL PROPERTY**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

Labor also: ☐ 740 Railway Labor Act, ☐ 790 Other Labor Litigation, ☐ 791 Empl. Ret. Inc. Security Act

## V. ORIGIN (Place an "X" in One Box Only)
- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. Section 1332(a)(1)
Brief description of cause:
Insurance coverage claim seeking monetary damages exceeding $75,000 trebled under c.93A

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
SEE ATTACHED SHEET
JUDGE William G. Young
DOCKET NUMBER CA 04-10411-WGY
04 10399

DATE: [signature date illegible]
SIGNATURE OF ATTORNEY OF RECORD: [signature]

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

## Attachment to Civil Cover Sheet

VIII.   Related Case(s):

The General Convention of the New Jerusalem in the United States of America, Inc., et al. v. Edward MacKenzie, et al., C.A. No. 1041-WGY.

BOST1-852580-1