UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 MAR 22 P 3: 51

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| BOSTON SOCIETY OF THE NEW JERUSALEM, INCORPORATED, BOSTONVIEW CORPORATION, EDWARD MACKENZIE, and THOMAS KENNEDY, <br><br>Plaintiffs, <br><br>v. <br><br>GREAT AMERICAN INSURANCE COMPANY, <br><br>Defendant. | C. A. NO. 05-10494WGY |

### DEFENDANT'S MOTION TO ESTABLISH TIMETABLE
### FOR RESPONSE TO PLAINTIFFS' COMPLAINT

Pursuant to Fed. R. Civ. P. 6(b), defendant, Great American Insurance Company ("Great American"), respectfully requests that this Court enter an Order requiring that Great American respond to plaintiffs' complaint on or before April 4, 2005. The grounds for this motion are as follows:

1. On March 15, 2005, Great American filed a notice of removal of this action, which was first commenced in Suffolk County Superior Court on or about February 11, 2005.

2. This action concerns plaintiffs' request for over $865,000 in defense costs, trebled under G.L.c. 93A, based on an alleged entitlement to coverage with respect to three civil actions: (a) a federal court action captioned *The General Convention of the New Jerusalem in the United States of America, et al. v. Edward MacKenzie, et al.*, C.A. No. 10419WGY; (b) a subsequently filed state court action captioned *The General Convention of the New Jerusalem in the United States of America, et al. v. Edward MacKenzie, et al.*, C.A. No. 04-3432H; and (c) an action filed by

the Attorney General captioned *Commonwealth of Massachusetts v. Boston Society of the New Jerusalem, Inc.*, C.A. No. 04-2597-H.

3. The undersigned counsel was retained by Great American a few days before the filing of the notice of removal. To develop sufficient familiarity with the issues presented in this matter before responding to plaintiffs' complaint, counsel requires additional time to review the applicable insurance policy terms and conditions, underlying complaints and pleadings, and relevant claims correspondence.

4. The applicable deadline for Great American's response to plaintiffs' complaint is uncertain because of a question over whether plaintiffs properly effectuated service of process on Great American. Plaintiffs attempted to serve Great American by arranging for Suvalle Jodrey & Associates, certified constables, to hand deliver a copy of the Summons and Complaint to the Commissioner of Insurance for the Commonwealth of Massachusetts on or about February 15, 2005. The Insurance Commissioner transmitted a copy of the Summons and Complaint to Great American by certified mail received on February 18, 2005.

5. On March 15, 2005, the Suffolk County Superior Court Clerk Magistrate denied plaintiffs' request for entry of default based on its determination that service had not been properly made on defendant in accordance with Mass. R. Civ. P. 4. A true copy of the denial of the request for default is attached hereto as Exhibit A.

6. Great American does not wish to engage in further proceedings regarding the adequacy of plaintiffs' attempted service, or to require that plaintiffs re-serve the summons and complaint.

7. To avoid any continuing uncertainty over the timetable for defendant's response to plaintiffs' complaint and to dispense with the need for further proceedings regarding the adequacy of plaintiffs' attempted service of process, Great American respectfully requests that this Court enter an Order establishing a date certain for Great American's response to plaintiffs' complaint that affords its newly retained

co-counsel sufficient time to gain adequate familiarity with the issues in this matter to respond to plaintiffs' complaint.

WHEREFORE, Great American Insurance Company respectfully requests that this Court enter an Order requiring that Great American respond to plaintiffs' complaint on or before April 4, 2005.

Dated: March __, 2005

Respectfully submitted,

GREAT AMERICAN INSURANCE COMPANY

*[signature]*

Stephen J. Abarbanel BBO# 010110
Barbara A. O'Donnell BBO# 544458
ROBINSON & COLE LLP
One Boston Place
Boston, MA 02108-4404
(617) 557-5900

**Of Counsel:**

Peter F. Lovato III
Ellen Jenkins
BOUNDAS SKARZYNSKI WALSH & BLACK, LLC
200 East Randolph Drive, Suite 7200
Chicago IL 60601
(312) 946-4200
(312) 946-4272 (fax)

## CERTIFICATE OF COMPLIANCE WITH RULE 7.1(A)(2)

I certify that I conferred with counsel in an unsuccessful attempt to resolve or narrow the issues presented by this motion.

_____
Barbara O'Donnell

## CERTIFICATE OF SERVICE

I hereby certify that on this ___ day of March 2005, I have served the foregoing document upon all parties to this action by sending a copy by first class mail, postage prepaid, to plaintiffs' counsel of record in this action:

Nicholas B. Carter, Esq.
Todd & Weld LLP
28 State Street
Boston, MA 02109

_____
Barbara O'Donnell