UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOSTON SOCIETY OF THE NEW JERUSALEM, INCORPORATED, BOSTONVIEW CORPORATION, EDWARD MACKENZIE, and THOMAS KENNEDY,<br><br>   Plaintiffs/Counterclaim Defendants,<br>v.<br><br>GREAT AMERICAN INSURANCE COMPANY,<br><br>   Defendant/Counterclaim Plaintiff. | C.A. NO. 05-CV-10494-WGY |

## NOTICE OF APPEARANCE

Please enter the appearance of Philip H. Graeter on behalf of plaintiffs Boston Society of New Jerusalem, Inc., Bostonview Corporation, Edward Mackenzie and Thomas Kennedy.

        Respectfully submitted,

        BOSTON SOCIETY OF THE NEW
        JERUSALEM, INCORPORATED,
        BOSTONVIEW CORPORATION,
        EDWARD MACKENZIE, and
        THOMAS KENNEDY

        By their attorneys,

        /s/ Philip H. Graeter
        Howard M. Cooper (BBO # 543842)
        Nicholas B. Carter (BBO #561147)
        Philip H. Graeter (BBO #645316)
        TODD & WELD LLP
        28 State Street, 31st Floor
        Boston, MA 02109
Dated: May 16, 2005        (617) 720-2626