UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOSTON SOCIETY OF THE NEW JERUSALEM, INCORPORATED, BOSTONVIEW CORPORATION, EDWARD MACKENZIE, and THOMAS KENNEDY,<br><br>       Plaintiffs,<br><br>  v.<br><br>GREAT AMERICAN INSURANCE COMPANY,<br><br>       Defendant.<br><br>GREAT AMERICAN INSURANCE COMPANY,<br><br>       Defendant/Counterplaintiff,<br><br>  v.<br><br>BOSTON SOCIETY OF THE NEW JERUSALEM, INCORPORATED, et al.<br><br>       Plaintiffs/Counterdefendants. | C.A. No. 05-10494WGY |

## **SUPPLEMENTAL LR 16.1(d) JOINT STATEMENT**

Further to the matters addressed at the Rule 16 conference held on May 9, 2005, the parties' submit this Supplemental Joint Statement:[1]

| Event | Proposed Deadline |
|---|---|
| Rule 26(a) Disclosures: | May 27, 2005 |
| Plaintiff's Motion for Summary Judgment shall be served, but not filed by | June 17, 2005 |

---

[1] The Joint Statement filed on May 3, 2005 contains the parties' certifications that they conferred with their counsel concerning ADR and litigation budgets.  This Supplemental Statement modifies the scheduling dates to conform to matters addressed at the Conference.

BOST1-858298-2

| | |
|---|---|
| Pursuant to agreed-upon briefing schedule, Plaintiff's Summary Judgment Motion, Defendant's Opposition and Cross Motion, and Plaintiff's Reply to Cross Motion shall be filed not later than[2] | August 12, 2005 |
| Amendment of Pleadings and Joinder of Parties | September 15, 2005 |
| ADR | November 2005 |
| Plaintiffs' Disclosure of Expert(s) and Production of Expert Report(s) | 3 months from date Court rules on motions for summary judgment |
| Defendant's Disclosure of Expert(s) and Production of Expert Report(s) | 4 months from date Court rules on motions for summary judgment |
| Close of Discovery (Fact and Expert) | March 31, 2006 |
| Pre-Trial Conference | On or after May 1, 2006 |
| Trial | June 5, 2006 (placed on running trial list) |

May 23, 2005

Respectfully Submitted,

| | |
|---|---|
| BOSTON SOCIETY OF THE NEW JERUSALEM, INC., BOSTONVIEW CORP., EDWARD MACKENZIE, and THOMAS KENNEDY, | GREAT AMERICAN INSURANCE COMPANY |
| By their counsel, | By its counsel, |
| \s Nicholas B. Carter<br>Nicholas B. Carter BBO#561147<br>Philip H. Graeter BBO#645316<br>Todd & Weld, LLP<br>28 State Street<br>Boston, MA 02109<br>(617) 624-4727 | \s Barbara A. O'Donnell<br>Barbara A. O'Donnell 544458<br>Stephen J. Abarbanel   010100<br>Robinson & Cole LLP<br>One Boston Place, 25th Floor<br>Boston, MA 02108<br>(617) 557-5900 |

---

[2] Defendant reserves the right to seek leave to file a Reply to plaintiff's Opposition to defendant's cross motion for summary judgment, if warranted.

Of Counsel:
Peter F. Lovato
Ellen D. Jenkins
Boundas, Skarzynski, Walsh & Black, LLC
200 East Randolph Drive, Suite 7200
Chicago, Illinois   60601