UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
BOSTON SOCIETY OF THE NEW         )
JERUSALEM, INCORPORATED,          )
BOSTONVIEW CORPORATION,           )
EDWARD MACKENZIE, and             )
THOMAS KENNEDY,                   )
                                  )
         Plaintiffs and Counterdefendants,  )   CIVIL ACTION NO.
                                  )   05-CV-10494-WGY
    v.                            )
                                  )
GREAT AMERICAN INSURANCE          )
COMPANY,                          )
                                  )
         Defendant and Counterplaintiff.    )
_____)

**DEFENDANT/COUNTERPLAINTIFF'S INITIAL RULE 26(a)(1) DISCLOSURES**

Defendant/counterplaintiff, Great American Insurance Company ("Great American"), herein provides its Initial Disclosures, as required by Rule 26(a)(1) of the Federal Rules of Civil Procedure:

(A)   Individuals

The following individuals are likely to have discoverable information that Great American may use to support its claims and defenses:

Judith M. Pietrucha
c/o Boundas, Skarzynski, Walsh & Black, LLC
200 E. Randolph Drive
Suite 7200
Chicago, IL  60601

Ms. Pietrucha is an employee of Great American and is knowledgeable about Great American's actions and coverage position taken in response to the plaintiffs' submission of claims.

Edward MacKenzie
c/o Todd & Weld LLP
28 State Street
Boston, MA  02109

BOST1-859266-1

- 2 -

Mr. MacKenzie is a plaintiff and is knowledgeable about most, if not all, of the facts at issue in the pleadings.

Thomas Kennedy
c/o Todd & Weld LLP
28 State Street
Boston, MA  02109

Mr. Kennedy is a plaintiff and is knowledgeable about most, if not all, of the facts at issue in the pleadings.

Jamie W. Katz
Chief, Public Protection Division
Office of the Attorney General
Commonwealth of Massachusetts
One Ashburton Place
Boston, MA 02108

Mr. Katz is the Assistant Attorney General who issued the Civil Investigative Demand against Mr. Kennedy and filed a complaint against the Boston Society of the New Jerusalem, Inc., and is knowledgeable about the nature of those actions.

George Chapin
16 Duncan Road
Everett, MA 002149

Mr. Chapin is presumably knowledgeable about the underlying claims he made against the plaintiffs.

Chris Laitner
c/o The General Convention of the
New Jerusalem in the United States of
America, Inc.
11 Highland Avenue
Newtonville, MS 02460
(hereafter, "the National Denomination")

Ms. Laitner is knowledgeable about the underlying claims the National Denomination made against the plaintiffs.

Dr. Eugene Taylor
c/o The Massachusetts Association
of the New Jerusalem (Swedenborgian)
98 Clifton Street
Cambridge, MA 02140
(hereafter, "the State Association")

Dr. Taylor is knowledgeable about the underlying claims the State Association made against the plaintiffs.

(B)     Documents, Data Compilations, and Tangible Things

Copies of documents, data compilations, and tangible things in the possession, custody or control of Great American that Great American has identified as items it may use to support its claims or defenses will be provided to plaintiffs. There may be other documents, data compilations and tangible things that Great American may later identify as supportive of its claims or defenses, and if so, Great American will supplement this disclosure.

(C)     Damages

Great American does not complain of any damages in this matter.

(D)     Insurance

None. In addition, the insurance policy that is the subject of this litigation is included in the materials provided under subsection (B) above

Dated:  May 27, 2005                    Respectfully submitted,

                                        GREAT AMERICAN INSURANCE COMPANY


                                        \s _Barbara O'Donnell_____
                                        Barbara A. O'Donnell BBO# 544458
                                        Stephen J. Abarbanel BBO# 010110
                                        ROBINSON & COLE LLP
                                        One Boston Place
                                        Boston, MA  02108-4404
                                        (617) 557-5900

**Of Counsel:**

Peter F. Lovato III
Ellen D. Jenkins
BOUNDAS SKARZYNSKI WALSH & BLACK, LLC
200 East Randolph Drive, Suite 7200
Chicago IL 60601
(312) 946-4200
(312) 946-4272 (fax)

- 4 -

## CERTIFICATE OF SERVICE

    I hereby certify that on this 27th day of May, 2005, I have served the foregoing document upon all parties to this action by sending a copy by first class mail, postage prepaid, to plaintiffs' counsel of record in his action:

    Nicholas B. Carter, Esq.
    Todd & Weld LLP
    28 State Street
    Boston, MA  02109

    \s     Barbara O'Donnell
    Barbara O'Donnell

- 4 -