UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BOSTON SOCIETY OF THE NEW )<br>JERUSALEM, INCORPORATED, )<br>BOSTONVIEW CORPORATION, )<br>EDWARD MACKENZIE, and )<br>THOMAS KENNEDY, )<br>)<br>Plaintiffs/Counterclaim Defendants, )<br>v. )<br>)<br>GREAT AMERICAN INSURANCE )<br>COMPANY, )<br>)<br>Defendant/Counterclaim Plaintiff. )  | C.A. NO. 05-CV-10494-WGY |

## PLAINTIFFS' AUTOMATIC DISCLOSURES
## PURSUANT TO FED.R.CIV.P. 26(a)(1) AND LOCAL RULE 26.2(A)

Pursuant to Fed.R.Civ.P. 26(a)(1) and Local Rule 26.2(A), Plaintiffs Boston Society of the New Jerusalem, Incorporated ("Church"), Bostonview Corporation ("Bostonview"), Edward MacKenzie ("MacKenzie"), and Thomas Kennedy ("Kennedy") (together, "Plaintiffs" or "Insureds") make the following automatic disclosures. Except as otherwise indicated, capitalized terms have the meaning defined in the Complaint.

A. **Persons Likely To Have Discoverable Information**

The following persons are likely to have discoverable information that the Plaintiffs may use to support its claims:

    1.    Judith M. Pietrucha
            Managing Claims Attorney
            Executive Liability Division
            Great American Insurance Co.
            1515 Woodfield Rd.
            Schaumburg, IL 60173

Judith Pietrucha is the author of letters dated March 25, 2004, denying a defense and indemnity for the Federal Lawsuit, and May 28, 2004, denying reimbursement of defense costs for the Federal Lawsuit submitted on behalf of the Plaintiffs. She presumably has knowledge of Great American's handling of the Plaintiffs' claims and demands for coverage and reimbursement of defense costs.

2.  Greg Beatty
    Claims Representative
    Great American Insurance Co.

Mr. Beatty presumably has knowledge of Great American's handling of the Plaintiffs' claims and demands for coverage and reimbursement of defense costs.

3.  Keeper of Records
    Executive Liability Division
    Great American Insurance Co.
    1515 Woodfield Rd.
    Schaumburg, IL 60173

The Keeper of Records can presumably authenticate documents, notices, and other correspondence produced by Great American.

4.  Jennifer Dempster (and others)
    USI/Hastings-Tapley Insurance Agency, Inc.
    121 Gill Street, Suite 5500
    Woburn, MA 01888

Hastings-Tapley Insurance Agency sold the Policy to the Church and handled the initial claim for coverage and a defense of the Federal Lawsuit. Ms. Dempster and/or others at the agency would presumably have knowledge of the coverage purchased by the Church and history of this claim.

5. Rex Ellis
   Edward J. MacKenzie, Jr.
   John F. Snedeker
   Thomas Kennedy
   John B. Burke

   c/o Boston Society of the New Jerusalem, Inc. (a/k/a Church On The Hill)
   140 Bowdoin Street
   Boston, MA 02108

As current or former officers, director and/or trustees of the Church or Bostonview, Messrs. Ellis, MacKenzie, Snedeker, Kennedy, and Burke are familiar with some aspects of the Federal and State Lawsuits, and/or the Attorney General's Action (including the CID), and the facts and circumstances of the Plaintiffs' claims for insurance coverage, defense, and reimbursement of defense costs.

6. Keeper of Records
   Edwards & Angell, LLP
   101 Federal Street
   Boston, MA 02110

The Keeper of Records can authenticate billing and expense records, as well as notices and other correspondence from Edwards & Angell attorneys to Great American or its counsel.

7. Keeper of Records
   Todd & Weld, LLP
   28 State Street
   Boston, MA 02109

The Keeper of Records can authenticate billing and expense records, as well as notices and other correspondence from Todd & Weld attorneys to Great American or its counsel.

8. Keeper of Records
   Office of Joseph R. Nolan, Esq.
   Suffolk University Law School
   120 Tremont Street
   Boston, MA 02108

The Keeper of Records can authenticate billing and expense records for Judge Nolan and other correspondence generated by his office.

### B. Documents That Plaintiffs May Use To Support Claims

Plaintiffs may use the following categories of documents to support their claims:

1. The insurance policy at issue and all documents related to its quotation, purchase, billing, rates, and underwriting. These documents are in the possession of the Church, its insurance agent, and/or Great American.

2. Correspondence between Great American and the Plaintiffs. These documents are in the possession of the Church and Great American.

3. Internal communication, notes, memoranda, evaluations, assessments, determinations of coverage, statements of reserves, and other internal Great American documents related to the claims filed by the Plaintiffs and Great American's processing and handling of them. Such documents are now in Great American's possession.

4. Pleadings, other court papers, and documents produced or received by the parties to the Federal and State Lawsuits and Attorney General's Action. Such documents are now in possession of the Plaintiffs' counsel.

5. Invoices for legal services and costs to date associated with the defense of the Federal and State Lawsuits and Attorney General's Action. These documents are now in possession of the Plaintiffs' counsel and have been produced to Great American. Future invoices will be produced to Great American.

6. Invoices for legal services and costs associated with the prosecution of this action. These documents are, or will hereafter be, in possession of the Plaintiffs and their counsel.

## C. Computation Of Damages

Plaintiffs' calculate their single damages as of May 27, 2005 as follows:

| | |
|---|---|
| Billed legal fees and expenses incurred by Edwards & Angell, LLP in defense of the Federal Lawsuit | $375,520.30 |
| Billed legal fees and expenses incurred by Todd & Weld LLP in defense of the Federal and State Lawsuits and Attorney General's Action | $277,840.50 |
| Billed legal fees and expenses incurred by Edwards & Angell, LLP in defense of the Attorney General's Action, including the CID | $216,631.29 |
| Separately billed legal fees and expenses incurred by Todd & Weld LLP related to the Attorney General's Action | $ 6,967.10 |
| Billed legal fees and expenses incurred by Joseph R. Nolan, Esq. related to the defense of the State Lawsuit | $ 56,000.00 |
| Billed legal fees and expenses incurred by Todd & Weld LLP related to this action | $ 19,140.67 |
| Subtotal of billed fees and expenses to date | $952,099.86 |
| Amount reimbursed to date by Great American related to defense of the State Lawsuit | ( 0.00) |
| TOTAL | $952,099.86 |

Defense costs will continue to accrue for the State Lawsuit through appeal(s) and entry of final judgment. Plaintiffs claim as damages any amount not reimbursed by Great American. Plaintiffs also claim as single damages the legal fees and costs that will accrue during the course of this litigation, which Plaintiffs cannot reasonably estimate at this time. Plaintiffs also seek multiple damages and an award of attorney's fees on their G.L. c. 93A/176D claim.

## D. Insurance

This action concerns breach of an insurance agreement, the Non-Profit Organization Executive Protection and Employment Practices Liability Insurance Policy No. EPP5796942, with a policy period of November 4, 2003 to November 4, 2004. This policy should be available to pay at least part of a judgment entered against the Defendant.

The disclosures herein are based upon information possessed by the Plaintiffs as of May 27, 2005. Plaintiffs reserve the right to supplement or amend this disclosure with any additional information that may be obtained during the discovery process or which otherwise may become available.

                        BOSTON SOCIETY OF THE NEW
                        JERUSALEM, INCORPORATED,
                        BOSTONVIEW CORPORATION,
                        EDWARD MACKENZIE, and
                        THOMAS KENNEDY

                        By their attorneys,

                        /s/ Nicholas B. Carter
                        Howard M. Cooper (BBO #543842)
                        Nicholas B. Carter (BBO #561147)
                        Philip H. Graeter (BBO #645316)
                        TODD & WELD LLP
                        28 State Street, 31st Floor
                        Boston, MA 02109
Dated: May 27, 2005           (617) 720-2626