UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOSTON SOCIETY OF THE NEW JERUSALEM, INCORPORATED, BOSTONVIEW CORPORATION, EDWARD MACKENZIE, and THOMAS KENNEDY,<br><br>    Plaintiffs/Counterclaim Defendants,<br><br>v.<br><br>GREAT AMERICAN INSURANCE COMPANY,<br><br>    Defendant/Counterclaim Plaintiff. | C.A. NO. 05-CV-10494-WGY |

## PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

### Introduction

Pursuant to Fed. R. Civ. P. 56, Plaintiffs Boston Society of the New Jerusalem, Inc. ("Church"), Bostonview Corporation ("Bostonview"), Edward MacKenzie ("MacKenzie"), and Thomas Kennedy ("Kennedy") move for summary judgment on all claims asserted in their Complaint and all claims for declaratory judgment asserted in Defendant Great American Insurance Company's ("Great American") Counterclaims. There are no material facts in dispute in this insurance coverage action concerning the rights and obligations of the parties under the applicable insurance policy (Counts I – III of the Counterclaims), Great American's breach of its obligations to defend its insured (Count I of the Complaint), Great American's violation of the covenant of good faith and fair dealing in its handling of the underlying claims (Count II of the Complaint), and Great American's violation of Mass. Gen. Laws ch. 93A and 176D (Count III of

the Complaint) through its bad faith claims handling procedures and willful efforts to avoid its defense obligations, all of which is apparent on the record.

In support of this motion, the Plaintiffs rely on their Memorandum of Law and Local Rule 56.1 Statement, and the Affidavits of Rex Ellis and Philip H. Graeter, all filed with this motion.

WHEREFORE, the Plaintiffs request that the Court enter summary judgment in their favor and against Great American on all Counts of the Complaint and Counterclaim:

1. declaring that Great American had a duty to defend the Plaintiffs in the Federal and State Lawsuits and the Attorney General's Action;

2. finding that Great American breached the terms of the Policy and the implied covenant of good faith and fair dealing by failing in bad faith to defend the Plaintiffs;

3. finding that Great American bad faith conduct constituted unfair claims handling practices, in violation of Mass. Gen. Laws ch. 176D and 93A, §§ 2 and 9;

4. awarding Plaintiffs their defense costs in the underlying claims to date as damages on Counts I and II of the Complaint, plus interest;

5. awarding Plaintiffs multiple damages and attorneys' fees on Count III of the Complaint for Great American's bad faith handling of Plaintiffs' insurance claims in violation of G.L. ch. 176D and 93A;

6. awarding Plaintiffs their reasonable attorneys' fees and costs incurred in successfully establishing Great American's duty to defend under the Policy in this action, as required by Massachusetts law, and

7. granting the Plaintiffs such other and further relief as the Court deems just.

> Respectfully submitted,
> BOSTON SOCIETY OF THE NEW
> JERUSALEM, INCORPORATED,
> BOSTONVIEW CORPORATION,
> EDWARD MACKENZIE, and
> THOMAS KENNEDY,
>
> By their attorneys,
>
> /s/ Nicholas C.
> _____
> Howard M. Cooper (BBO #543842)
> Nicholas B. Carter (BBO #561147)
> Philip H. Graeter (BBO #645316)
> TODD & WELD LLP
> 28 State Street, 31st Floor
> Boston, MA 02109
> (617) 720-2626

Dated: July 1, 2005

### CERTIFICATE OF SERVICE

I, Nicholas B. Carter, hereby certify that on July 1, 2005, I caused a copy of the foregoing Motion For Summary Judgment to be served by hand upon counsel for Defendant/Counterclaim Plaintiff Barbara A. O'Donnell, Esq., Robinson & Cole LLP, One Boston Place, Boston, MA 02108-4404.

/s/ Nicholas C.
_____
Nicholas B. Carter

3