UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BOSTON SOCIETY OF THE NEW )
JERUSALEM, INCORPORATED, )
BOSTONVIEW CORPORATION, )
EDWARD MACKENZIE, and )
THOMAS KENNEDY, )
       Plaintiffs/Counterclaim Defendants, )   C.A. NO. 05-CV-10494-WGY
v. )
GREAT AMERICAN INSURANCE )
COMPANY, )
       Defendant/Counterclaim Plaintiff. )

## AFFIDAVIT OF REX ELLIS

I, Rex Ellis, on my oath state as follows:

1. I am the Chairman of the Board of Trustees of the Boston Society of the New Jerusalem (the "Church") and President of the Church Council. I make the following statements based on my own personal knowledge or, where indicated, on information I have derived from other Church officers and staff and from Church records.

2. The Church is a non-profit charitable corporation organized under the laws of Massachusetts more than a century ago to follow the teachings of Emanuel Swedenborg. The Church was founded in 1818.

3. For many years (and certainly prior to 2003), the Church has been the sole stockholder of Bostonview Corporation ("Bostonview"), a subsidiary corporation of the Church that holds title to the Church's real estate, which includes a building housing its religious sanctuary, administrative offices, and an apartment building with an estimated

value of approximately $30 million. I am the President of Bostonview.

4.  The Church and Bostonview purchased a Non-Profit Organization Executive Protection and Employment Practices Liability Insurance Policy (Policy No. EPP5796942) from Great American Insurance Company covering the Church, Bostonview and their trustees, directors, officers and employees for claims made during the period November 4, 2003 to November 4, 2004 ("the Policy Period").

5.  Edward MacKenzie was elected a member of the Church in or about 2002. Mr. MacKenzie has been the Director of Operations of the Church since late 2003 and was a Director of Bostonview throughout the Policy Period.

6.  Thomas Kennedy was elected a member of the Church in or about 2002. Mr. Kennedy was a Trustee of the Church and a Director of Bostonview throughout the Policy Period.

7.  On May 18, 2003, an overwhelming majority of Church members elected new leaders as the Church's and Bostonview's officers, trustees and directors. A handful of older parishioners, including George Chapin ("Chapin"), who either were voted out of office or who supported the former officeholders, became severely dissatisfied because they had lost control of the Church to a new generation of parishioners.

8.  I learned that some of these disgruntled members, including Chapin, then contacted the leaders of the General Convention of the New Jerusalem in the United States of America, Inc. ("General Convention") and the Massachusetts Association of the New Jerusalem (Swedenborgian) (the "Association"), and falsely reported that Rev. Steven Ellis, who had been the Church's minister since 1984, was mentally unstable and that MacKenzie and Kennedy were purportedly exercising control over him for wrongful

2

purposes. Their goal was to have the General Convention remove Rev. Ellis from its roll of qualified ministers.

9. Following Chapin's complaints, the General Convention initiated an investigation of Rev. Ellis and gave him an ultimatum that required him to resign or to exercise his ministerial duties under the authority and daily supervision of the General Convention.

10. After receiving this ultimatum, Rev. Ellis, with nearly unanimous support from the members of the Church, spearheaded an effort to disaffiliate from the General Convention.

11. At a November 16, 2003 meeting of the members of the Church, motions to disaffiliate from the General Convention and Association were overwhelmingly approved by the members, who voted 54 to 7 to disaffiliate from the General Convention and 56 to 7 to disaffiliate from the Association. A true copy of the minutes of the November 16, 2003 meeting is attached to this affidavit.

12. Unlike the structure in hierarchical religious denominations, neither the General Convention nor the Association has or had any legal, ecclesiastical or financial control over the Church. They are both voluntary associations of Swedenborgian churches in the United States and Massachusetts, respectively.

13. The disaffiliation, therefore, had no effect on the Church's governance, finances, or religious mission. The Church remains a vibrant, autonomous Swedenborgian community.

14. Prior to the November 16, 2003 meeting, Article X, Section 3 of the Church's by-laws was titled "Dissolution," and provided:

> In the event that the religious body known as the Boston Society of the New Jerusalem, Inc. shall cease to exist, all funds and holdings shall be transferred to the General Convention of the New Jerusalem in the United States of America. These assets shall be held in escrow for the establishment of another General Convention of the New Jerusalem (Swedenborgian) Church within the City of Boston, Massachusetts. After a period of twenty (20) years, should no such Church exist, the capital and income there from shall revert to the General Convention of the New Jerusalem (Swedenborgian) with any restrictions of uses which may have been voted by the Society members at the time of dissolution.

15. The members of the Church subsequently voted to amend the by-laws to remove this provision.

16. I have learned that Chapin and perhaps two others also took their complaints to the Massachusetts Attorney General's office, which went to Court to begin an action against the Church, requiring the Church to produce voluminous records and respond to numerous inquiries ("the Attorney General's Action"). The Church, through its lawyers, negotiated a Consent Judgment with the Attorney General that was approved by the Superior Court. There was no finding of any wrongdoing by the Church or any of its officers.

17. After the General Convention filed suit in federal court against the Church, Bostonview, MacKenzie and Kennedy, the Church and Bostonview retained Edwards & Angell LLP to defend themselves and MacKenzie and Kennedy retained Todd & Weld LLP to defend themselves.

18. After dismissal of the federal lawsuit, the Church and Bostonview retained Joseph R. Nolan, Esq. as counsel to defend against the state court lawsuit that followed. MacKenzie and Kennedy continued to be represented by Todd & Weld LLP.

19. I have learned that the Church, Bostonview, Mackenzie, and Kennedy incurred legal fees and expenses totaling $536,747.54 for the defense of the lawsuit in

Federal Court, $192,679.19 to date for the defense of lawsuit in State Court, and $272,697.78 for the defense of the Attorney General's Action through the entry of the Consent Judgment.

20. Great American has not made any payments to reimburse the Church for these defense costs.

Signed under the pains and penalties of perjury this 30th day of June 2005.

_____
Rex Ellis

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON [EACH PARTY APPEARING PRO SE AND] THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY MAIL (BY HAND) ON 7/11/05

_____
Signature

5

**BOSTON SOCIETY OF THE NEW JERUSALEM, INC.**
**SPECIAL FALL MEETING OF THE MEMBERS**
**NOVEMBER 16, 2003**

The Special Fall Meeting of the Boston Society of the New Jerusalem, Inc. ("Church") was held on November 16, 2003. The meeting was called to order by Church President Michael Latkowitch at 12:30 P.M., for the purpose of addressing those matters enumerated in the Amended and Restated Notice of Special Meeting of the Members, duly sent to the Membership prior to the meeting. Mr. Latkowitch turned the Chair of the meeting over to Juliet Cunningham, Vice President of the Church.

Thomas Kennedy, Chair of the Trustees, served as Clerk of the Roll for the meeting. Mr. Kennedy presented the affidavit of mailing of the meeting notice for filing with the records of the meeting, and reported on the number of members present.

There were 55 (plus 11 new members) members present, constituting a quorum.

Also present were Maureen Manzi (stenographer), Nick Rosenberg of Edwards & Angell, and Jed Hendrick of Edwards & Angell, who also served as teller and parliamentarian.

1. Steve Ellis reported on new member applications and confirmed the Trustee's and Church Council's approval of the new member applicants. Each applicant was voted by the membership.

   **MOTION:** To ratify the approval by the Trustees and the Church Council of the following applicants into the full membership of the Church:
   Jean Paul Gagnon
   Patty Sacco
   Stanley Goldstein
   Diane Williams
   William Monnin
   Mary Watts
   Melissa Pasquariello
   Bobby Woodward
   Renee Meldon
   Biemola Wal
   Karl Huff

   **SECONDED**
   **VOTED**     48 - For           4 – Opposed

2. The new members were asked to sign the roll.

3. <u>Pastor's Report:</u> Rev. G. Steven Ellis gave a report, noting the wonderful year so far. He noted that the numbers of people coming to Church has been strong, and that while it is understandably difficult to attend every service, those who do

participate regularly and contribute to the life of the Church are appreciated. The Pastor noted the sense of community and togetherness in the Church, and thanked everyone for their efforts. The Pastor noted the outpouring of support from Boston clergy, even when the integrity of this Church's minister has been challenged. The Pastor stated that the challenges this year have been difficult on his family, but appreciates the support of those who have stood by the ministry.

**MOTION:**   To accept the Pastor's report

SECONDED
VOTED – unanimous

4. Chair Of Trustees Report: Mr. Kennedy gave a report. He noted the ongoing work to analyze the Church's budget and improve the fiscal management of the Church's affairs. The Trustees anticipate the adoption of new policies and procedures for managing the Church's finances.

**MOTION:**   To accept the report of the Chairman of the Trustees
SECONDED
VOTED – unanimous

5. Ratification of the action of the Trustees and the Church Council in withdrawing from the Massachusetts Association of the New Jerusalem

**MOTION:**   To ratify the action of the Trustees and the Church Council in withdrawing from the Massachusetts Association of the New Jerusalem

SECONDED

There was discussion of the reasons for withdrawing from the Massachusetts Association. Rev. Ellis described the interference of the Massachusetts Association in the ability of the Church to fulfill its mission. There was also recognition that the Church has had nothing more than an affiliation with the Massachusetts Association. It was emphasized that the Church would continue to pursue Swedenborgian teachings and worship, but in a more autonomous manner. Members were reminded that they were free to continue to participate in the activities of the Massachusetts Association individually.

George Chapin presented six letters and faxes from members opposed to the withdrawal, and requested that their names be entered on the record. Because the members were not physically present, Mr. Chapin requested that the names be read for purposes of the record only. Mr. Chapin read the names: Dorothy DeB. Young, John C. Perry, Ann B. Perry, Thomas C. Peebles, Clarence R. Mitchell, and Gordon W. Blackmer.

BS 0244

Douglas Peebles discussed the Church's history with the Massachusetts Association and a desire to remain affiliated with that organization. Paula Higgins also spoke of her desire to remain affiliated with the Massachusetts Association. There was no further discussion.

VOTED    56 – For                    7 – Opposed

6. <u>Ratification of the action of the Trustees and the Church Council in withdrawing from the General Convention</u>

   **MOTION:** To ratify the action of the Trustees and the Church Council in withdrawing from the General Convention, Swedenborgian Church in the United States and Canada

   SECONDED

   There was discussion of the reasons for withdrawing from the General Convention.

   VOTED    54 – For                    7 – Opposed

7. <u>Ratification of the action of the Trustees and the Church Council in withdrawing from the New Church Union</u>

   **MOTION:** To ratify the action of the Trustees and the Church Council in withdrawing from the New Church Union

   SECONDED

   There was discussion of the reasons for withdrawing from the General Convention.

   VOTED    55 – For                    8 – Opposed

8. <u>Waiver of Requirement of Prior Mailing of By Laws Amendments</u>
   Amendments to the Church's bylaws, approved by the By-Law committee created by the Trustees and Church Council in there Join Meeting of September 20, 2003, were described.

   **MOTION:** To waive the requirement that the By-Laws be mailed in advance of the meeting, in order to allow members to vote on the amendments at this meeting.

   SECONDED

- 3 -

There was discussion of previous practices and the required procedures for adopting By-Law amendments.

VOTED    50 – For    9 – Opposed

9. Amendment of Church's By-Laws

   **MOTION:** To approve the Amendments to the Church's By-Laws

   SECONDED

   There was further discussion of the procedural requirements. It was noted that the Amended By-Laws would be mailed following the meeting for additional review by the members and the Council and Trustees would subsequently welcome any further recommendations for amendment.

   VOTED    53 – For    6 – Opposed

10. Adjournment

    **MOTION:** To adjourn the meeting

    SECONDED
    VOTED – unanimous

The Special Fall Meeting of the Members was adjourned at 1:30 p.m.


Respectfully Submitted:

*Thelma E. Hawkins*
Thelma E. Hawkins
Secretary