UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOSTON SOCIETY OF THE NEW JERUSALEM, INCORPORATED, BOSTONVIEW CORPORATION, EDWARD MACKENZIE, and THOMAS KENNEDY,<br><br>   Plaintiffs/Counterclaim Defendants,<br>v.<br><br>GREAT AMERICAN INSURANCE COMPANY,<br><br>   Defendant/Counterclaim Plaintiff. | C.A. NO. 05-CV-10494-WGY |

### AFFIDAVIT OF PHILIP H. GRAETER

I, Philip H. Graeter, on my oath state as follows:

1. I am an attorney at the law firm of Todd & Weld LLP, which represents Plaintiffs Boston Society of the New Jerusalem, Inc. ("Church"), Bostonview Corporation ("Bostonview"), Edward MacKenzie ("MacKenzie") and Thomas Kennedy ("Kennedy") (collectively "Plaintiffs") in the above-referenced matter.

2. I make this affidavit on personal knowledge of the facts stated herein.

3. The documents attached as exhibits to the Plaintiffs' LR 56.1 Statement of Undisputed Material Facts are true copies of the following:

   Exhibit 1: Non-Profit Organization Executive Protection and Employment Practices Liability Insurance Policy No. EPP5796942 issued by Great American Insurance Co. ("Great American") (the "Policy").

   Exhibit 2: Complaint (without exhibits) dated March 2, 2004 filed in the action styled *General Convention of the New Jerusalem in the United States*

of America, Inc., et al. v. Edward MacKenzie, et al., U.S.D.C., D.Mass., Docket No. 04-10419-WGY (the "Federal Lawsuit").

Exhibit 3: March 1, 2004 Notice of Claim letter from Richard J. McCarthy ("McCarthy"), an attorney representing the Church, to Hastings-Tapley Insurance Agency (without enclosures).

Exhibit 4: March 25, 2004 letter from Judith M. Pietrucha ("Pietrucha"), an attorney representing Great American, to Jennifer Dempster.

Exhibit 5: May 28, 2004 letter from Pietrucha to McCarthy.

Exhibit 6: June 9, 2004 letter from McCarthy to Pietrucha.

Exhibit 7: Order in the Federal Lawsuit (Young, J.) dated July 20, 2004.

Exhibit 8: Amended Complaint (without exhibits) dated August 2, 2004 filed in the action styled *General Convention of the New Jerusalem in the United States of America, Inc., et al. v. Edward MacKenzie, et al.*, Suffolk Superior Court, Docket No. 04-3234H (the "State Lawsuit").

Exhibit 9: September 10, 2004 letter from Howard M. Cooper ("Cooper"), an attorney representing MacKenzie and Kennedy, to Pietrucha (without enclosures).

Exhibit 10: November 3, 2004 letter from Nicholas B. Carter ("Carter"), an attorney representing MacKenzie and Kennedy, to Thomas M. Sheffield ("Sheffield"), an attorney representing Great American (without enclosures).

Exhibit 11: December 7, 2004 Memorandum of Decision in the State Lawsuit (Patrick F. Brady, J.).

Exhibit 12:   December 9, 2004 letter from Carter to Sheffield and Certified Mail return receipt.

Exhibit 13:   December 15, 2004 letter from Sheffield to Carter.

Exhibit 14:   December 16, 2004 letter from Carter to Sheffield (without enclosures).

Exhibit 15:   January 7, 2005 letter from Sheffield to Carter (with enclosure).

Exhibit 16:   January 12, 2005 letter from Carter to Sheffield and Certified Mail return receipt (without enclosures).

Exhibit 17:   January 20, 2005 letter from Sheffield to Carter (with enclosure).

Exhibit 18:   January 28, 2005 letter from Sheffield to Carter.

Exhibit 19:   Civil Investigative Demand ("CID") dated November 12, 2003 in Suffolk Superior Court Civil Action No. 03-5408A, issued by the Office of Attorney General Thomas F. Reilly to the Church.

Exhibit 20:   Complaint (without exhibit) dated June 14, 2004 filed in the action styled *Thomas F. Reilly v. Boston Society of the New Jerusalem, Inc.*, Suffolk Superior Court, Docket No. 04-2597G.

Exhibit 21:   Consent Judgment dated June 16, 2004 filed in the action styled *Thomas F. Reilly v. Boston Society of the New Jerusalem, Inc.*, Suffolk Superior Court, Docket No. 04-2597G.

Exhibit 22:   December 9, 2004 letter from Carter to Pietrucha and Sheffield (without enclosures, which are copies Exhibits 19, 20, and 21).

Exhibit 23:   Summary pages of invoices for legal services and disbursements from Edwards & Angell LLP dated March 8, 2004 through September 3,

3

2004 (totaling $382,220.73), and a summary page of invoices for legal services from Todd & Weld LLP from March through July, 2004 (totaling $154,526.81) for the defense of the Federal Lawsuit.

Exhibit 24: A summary page of invoices for legal services and disbursements from Todd & Weld LLP from August 2004 through May 2005 (totaling $136,679.19), and redacted invoices for legal services from Joseph R. Nolan, Esq. from August 20, 2004 through November 26, 2004 (totaling $56,000.00) for the defense of the State Lawsuit and subsequent motion practice and appeal.

Exhibit 25: Summary pages of invoices for legal services and disbursements from Edwards & Angell LLP dated December 8, 2003 through July 13, 2004 ($272,697.78, after subtracting fees for services performed after June 16, 2004) for the defense of the Attorney General's Action through entry of the Consent Judgment.

Exhibit 26: A copy of selected pages of the Appellant's brief dated June 20, 2005 in the appeal from the judgment in the State Lawsuit, Appeals Court Docket No. 2005-P-0521.

SIGNED UNDER THE PENALTIES OF PERJURY THIS 1st DAY OF JULY 2005.

_____
Philip H. Graeter (BBO #645316)
TODD & WELD LLP
28 State Street, 31st Floor
Boston, MA 02109
(617) 720-2626

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON (EACH PARTY APPEARING PRO SE AND) THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY MAIL (BY HAND) ON 7/1/05
_____
Signature

4