Exhibit 23

101 Federal Street   Boston, Massachusetts 02110   617.439.4444   *fax* 617.439.4170
www.EdwardsAngell.com

# Invoice

*Wire Instructions:*
Fleet National Bank
Westminster St., Providence, RI  02903
ABA# 011500010 Acct# 15-6917009

*Remittance Address*
Department 956
P.O. Box 40000
Hartford, CT 06151

Fed. Id #05-0135015
0564 F9STD

Boston Society of the New Jerusalem, Inc.
Attention: John Burke, Treasurer
140 Bowdoin Street
Beacon Hill
Boston, MA 02108

March 8, 2004

Boston Society of the New Jerusalem, Inc/The General Convention of the New Jerusalem
in the U.S. of America, Inc., the MA Association of the New Jerusalem (Swedenborgian),
and George Chapin v. Edward MacKenzie, Thomas Kennedy, Boston Society of the New
Jerusalem, Inc. (Swedenborgian) and Bo
50085/0004
Invoice # 633111

*Summary Page – Please refer to detail attached for further information.*

| | |
|---|---|
| Legal Services: | $11,829.25 |
| Disbursements: | $153.90 |
| Total Invoice: | $11,983.15 |

*Bills for legal services, disbursements and charges are due within 30 days.  Bills not paid within 30 days will be assessed a
late payment charge equal to 1% per month until paid in full.*

# Edwards & Angell LLP

101 Federal Street  Boston, Massachusetts 02110  617.439.4444  *fax* 617.439.4170
www.EdwardsAngell.com

# Invoice

*Wire Instructions:*
Fleet National Bank
Westminster St., Providence, RI 02903
ABA# 011500010 Acct# 15-6917009

*Remittance Address*
Department 956
P.O. Box 40000
Hartford, CT 06151

Fed. Id #05-0135015
0564 F9STD

BostonView Corporation
140 Bowdoin Street
Beacon Hill
Boston, MA 02108

April 15, 2004

BostonView Corporation/The General Convention of the New Jerusalem in the U.S. of America, Inc., the MA Association of the New Jerusalem (Swedenborgian) and George Chapin v. Edward MacKenzie, Thomas Kennedy, Boston Society of the New Jerusalem, Inc. (Swedenborgian), and B
50849/0001
Invoice # 638379

*Summary Page – Please refer to detail attached for further information.*

| | |
|---|---|
| Legal Services: | $76,387.86 |
| Disbursements: | $4,413.86 |
| Total Invoice: | $80,801.72 |

*Remittance Copy*

BOSTON  FT. LAUDERDALE  HARTFORD  NEW YORK  PROVIDENCE  SHORT HILLS, NJ  STAMFORD  WEST PALM BEACH  LONDON

Edwards & Angell LLP

101 Federal Street  Boston, Massachusetts 02110  617.439.4444  *fax* 617.439.4170
www.EdwardsAngell.com

# Invoice

*Wire Instructions:*
Fleet National Bank
Westminster St., Providence, RI 02903
ABA# 011500010 Acct# 15-6917009

*Remittance Address*
Department 956
P.O. Box 40000
Hartford, CT 06151

Fed Id #05-0135015
0564 F9STD

BostonView Corporation
140 Bowdoin Street
Beacon Hill
Boston, MA 02108

May 13, 2004

BostonView Corporation/The General Convention of the New Jerusalem in the U.S. of
America, Inc., the MA Association of the New Jerusalem (Swedenborgian) and George
Chapin v. Edward MacKenzie, Thomas Kennedy, Boston Society of the New Jerusalem,
Inc. (Swedenborgian), and B
50849/0001
Invoice # 643043

*Summary Page – Please refer to detail attached for further information.*

| | |
|---|---|
| Legal Services: | $35,146.25 |
| Disbursements: | $1,468.41 |
| Total Invoice: | $36,614.66 |

*Bills for legal services, disbursements and charges are due within 30 days. Bills not paid within 30 days will be assessed a
late payment charge equal to 1% per month until paid in full.*

# Edwards & Angell LLP

101 Federal Street  Boston, Massachusetts  02110   617.439.4444   *fax* 617.439.4170
www.EdwardsAngell.com

# Invoice

*Wire Instructions:*
Fleet National Bank
Westminster St., Providence, RI  02903
ABA# 011500010 Acct# 15-6917009

*Remittance Address*
Department 956
P.O. Box 40000
Hartford, CT 06151

Fed. Id #05-0135015
0564 F9STD

Boston Society of the New Jerusalem, Inc.
Attention: John Burke, Treasurer
140 Bowdoin Street
Beacon Hill
Boston, MA 02108

May 13, 2004

Boston Society of the New Jerusalem, Inc/The General Convention of the New Jerusalem
in the U.S. of America, Inc., the MA Association of the New Jerusalem (Swedenborgian),
and George Chapin v. Edward MacKenzie, Thomas Kennedy, Boston Society of the New
Jerusalem, Inc. (Swedenborgian) and Bo
50085/0004
Invoice # 643033

*Summary Page - Please refer to detail attached for further information.*

| | |
|---|---|
| Legal Services: | $5,832.00 |
| Disbursements: | $485.41 |
| Total Invoice: | $6,317.41 |

*Bills for legal services, disbursements and charges are due within 30 days.  Bills not paid within 30 days will be assessed a
late payment charge equal to 1% per month until paid in full.*


Edwards & Angell, LLP

101 Federal Street  Boston, Massachusetts  02110   617.439.4444   *fax* 617.439.4170
www.EdwardsAngell.com

# Invoice

*Wire Instructions:*
Fleet National Bank
Westminster St, Providence, RI  02903
ABA# 011500010 Acct# 15-6917009

*Remittance Address*
Department 956
P.O. Box 40000
Hartford, CT 06151

Fed. Id #05-0135015
0564 F9STD

Boston Society of the New Jerusalem, Inc.
Attention: John Burke, Treasurer
140 Bowdoin Street
Beacon Hill
Boston, MA 02108

June 7, 2004

Boston Society of the New Jerusalem, Inc/The General Convention of the New Jerusalem
in the U.S. of America, Inc., the MA Association of the New Jerusalem (Swedenborgian),
and George Chapin v. Edward MacKenzie, Thomas Kennedy, Boston Society of the New
Jerusalem, Inc. (Swedenborgian) and Bo
50085/0004
Invoice # 646100

*Summary Page - Please refer to detail attached for further information.*

| | |
|---|---|
| Legal Services: | $2,750.00 |
| Disbursements: | $102.85 |
| Total Invoice: | $2,852.85 |

*Bills for legal services, disbursements and charges are due within 30 days.  Bills not paid within 30 days will be assessed a
late payment charge equal to 1% per month until paid in full.*

BOSTON  FT. LAUDERDALE  HARTFORD  NEW YORK  PROVIDENCE  SHORT HILLS, NJ  STAMFORD  WEST PALM BEACH  LONDON

# Edwards & Angell LLP

101 Federal Street  Boston, Massachusetts  02110   617.439.4444   *fax* 617.439.4170
www.EdwardsAngell.com

# Invoice

*Wire Instructions:*
Fleet National Bank
Westminster St., Providence, RI  02903
ABA# 011500010 Acct# 15-6917009

*Remittance Address*
Department 956
P.O. Box 40000
Hartford, CT 06151

Fed. Id #05-0135015
0564 F9STD

BostonView Corporation
140 Bowdoin Street
Beacon Hill
Boston, MA 02108

June 14, 2004

BostonView Corporation/The General Convention of the New Jerusalem in the U.S. of
America, Inc., the MA Association of the New Jerusalem (Swedenborgian) and George
Chapin v. Edward MacKenzie, Thomas Kennedy, Boston Society of the New Jerusalem,
Inc. (Swedenborgian), and B
50849/0001
Invoice # 647769

*Summary Page - Please refer to detail attached for further information.*

| | |
|---|---|
| Legal Services: | $32,123.25 |
| Disbursements: | $1,755.17 |
| Total Invoice: | $33,878.42 |

*Bills for legal services, disbursements and charges are due within 30 days.  Bills not paid within 30 days will be assessed a*
*late payment charge equal to 1% per month until paid in full.*

# Edwards & Angell LLP

101 Federal Street   Boston, Massachusetts 02110   617.439.4444   *fax* 617.439.4170
www.EdwardsAngell.com

# Invoice

*Wire Instructions:*
Fleet National Bank
Westminster St., Providence, RI 02903
ABA# 011500010 Acct# 15-6917009

*Remittance Address*
Department 956
P.O. Box 40000
Hartford, CT 06151

Fed. Id #05-0135015
0564 F9STD

Boston Society of the New Jerusalem, Inc.
**Attention: John Burke, Treasurer**
**140 Bowdoin Street**
**Beacon Hill**
**Boston, MA 02108**

July 12, 2004

**Boston Society of the New Jerusalem, Inc/The General Convention of the New Jerusalem
in the U.S. of America, Inc., the MA Association of the New Jerusalem (Swedenborgian),
and George Chapin v. Edward MacKenzie, Thomas Kennedy, Boston Society of the New
Jerusalem, Inc. (Swedenborgian) and Bo**
50085/0004
Invoice # 651997

*Summary Page – Please refer to detail attached for further information.*

| | |
|---|---|
| Legal Services: | $665.00 |
| Disbursements: | $16.63 |
| Total Invoice: | $681.63 |

*Bills for legal services, disbursements and charges are due within 30 days. Bills not paid within 30 days will be assessed a
late payment charge equal to 1% per month until paid in full.*

# Edwards & Angell LLP

101 Federal Street  Boston, Massachusetts  02110  617.439.4444  *fax* 617.439.4170
www.EdwardsAngell.com

# Invoice

*Wire Instructions:*
Fleet National Bank
Westminster St., Providence, RI  02903
ABA# 011500010 Acct# 15-6917009

*Remittance Address*
Department 956
P.O. Box 40000
Hartford, CT 06151

Fed. Id #05-0135015
0564 F9STD

BostonView Corporation
140 Bowdoin Street
Beacon Hill
Boston, MA 02108

July 13, 2004

BostonView Corporation/The General Convention of the New Jerusalem in the U.S. of
America, Inc., the MA Association of the New Jerusalem (Swedenborgian) and George
Chapin v. Edward MacKenzie, Thomas Kennedy, Boston Society of the New Jerusalem,
Inc. (Swedenborgian), and B
50849/0001
Invoice # 652026

*Summary Page - Please refer to detail attached for further information.*

| | |
|---|---|
| Legal Services: | $112,572.00 |
| Disbursements: | $9,324.38 |
| Total Invoice: | $121,896.38 |

*Bills for legal services, disbursements and charges are due within 30 days.  Bills not paid within 30 days will be assessed a
late payment charge equal to 1% per month until paid in full.*

# Edwards & Angell LLP

101 Federal Street   Boston, Massachusetts  02110   617.439.4444   *fax* 617.439.4170
www.EdwardsAngell.com

# Invoice

*Wire Instructions:*
Fleet National Bank
Westminster St., Providence, RI  02903
ABA# 011500010 Acct# 15-6917009

*Remittance Address*
Department 956
P.O. Box 40000
Hartford, CT 06151

Fed. Id #05-0135015
0564 F9STD

**BostonView Corporation**
**140 Bowdoin Street**
**Beacon Hill**
**Boston, MA 02108**

**August 5, 2004**

**BostonView Corporation/The General Convention of the New Jerusalem in the U.S. of America, Inc., the MA Association of the New Jerusalem (Swedenborgian) and George Chapin v. Edward MacKenzie, Thomas Kennedy, Boston Society of the New Jerusalem, Inc. (Swedenborgian), and B**
**50849/0001**
**Invoice # 655588**

*Summary Page – Please refer to detail attached for further information.*

| | |
|---|---|
| Legal Services: | $64,623.55 |
| Disbursements: | $19,405.01 |
| Total Invoice: | $84,028.56 |

*Bills for legal services, disbursements and charges are due within 30 days. Bills not paid within 30 days will be assessed a late payment charge equal to 1% per month until paid in full.*

BOSTON   FT. LAUDERDALE   HARTFORD   NEW YORK   PROVIDENCE   SHORT HILLS, NJ   STAMFORD   WEST PALM BEACH   LONDON

# Edwards & Angell LLP

101 Federal Street   Boston, Massachusetts 02110   617 439 4444   *fax* 617 439 4170
www.EdwardsAngell.com

# Invoice

*Wire Instructions:*
Fleet National Bank
Westminster St., Providence, RI  02903
ABA# 011500010 Acct# 15-6917009

*Remittance Address*
Department 956
P.O. Box 40000
Hartford, CT 06151

Fed. Id #05-0135015
0564 F9STD

BostonView Corporation
140 Bowdoin Street
Beacon Hill
Boston, MA 02108

September 3, 2004

BostonView Corporation/The General Convention of the New Jerusalem in the U.S. of America, Inc., the MA Association of the New Jerusalem (Swedenborgian) and George Chapin v. Edward MacKenzie, Thomas Kennedy, Boston Society of the New Jerusalem, Inc. (Swedenborgian), and B
50849/0001
Invoice # 664436

*Summary Page – Please refer to detail attached for further information.*

| | |
|---|---|
| Legal Services: | $1,596.00 |
| Disbursements: | $1,569.95 |
| Total Invoice: | $3,165.95 |

*Bills for legal services, disbursements and charges are due within 30 days. Bills not paid within 30 days will be assessed a late payment charge equal to 1% per month until paid in full.*

TRADS Client Ledger Report
TODD & WELD LLP

Primary Timekeeper: 13 Howard M. Cooper
Thru 06/30/2005

PROJ:SOM Edward Mackenzie &
RE: The General Convention of the New Jerusalem

| Date | Ref # | Stmt # | Fee Amount | Hours | Expense Amount | Advance Amount | Payment Amount | Apply to Stmt # | Bill Total | Balance Due |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/15/2004 | 1 | 19099 | 30485.00 | 123.30 | 172.94 | | | | 30657.94 | 30657.94 |
| 04/26/2004 | 2 | 19910 | | | | | 30657.94R | | | 0.00 |
| 05/18/2004 | 3 | 19910 | 15477.50 | 54.50 | 871.70 | | 16349.20R | | 16349.20 | 16349.20 |
| 06/07/2004 | 4 | 20368 | | | | | | | | 0.00 |
| 06/16/2004 | 5 | 20368 | 31052.50 | 116.60 | 630.40 | | | | 31682.90 | 31682.90 |
| 07/16/2004 | 6 | 21071 | 48930.00 | 170.30 | 4573.62 | | | | 53503.62 | 85186.52 |
| 07/21/2004 | 7 | 21447 | | | | | 31682.00R | | | 53504.52 |
| 08/04/2004 | 8 | 21447 | 21112.50 | 72.20 | 1220.65 | | | | 22333.15 | 75837.67 |
| 08/23/2004 | 9 | 22280 | | | | | 35000.00R | | | 40837.67 |

Defense of Federal Lawsuit

| Date | Ref # | Stmt # | Fee Amount | Hours | Expense Amount | Advance Amount | Payment Amount | Apply to Stmt # | Bill Total | Balance Due |
|---|---|---|---|---|---|---|---|---|---|---|
| 09/10/2004 | 10 | 22280 | 34220.00 | 122.10 | 564.97 | | | | 34784.97 | 75622.64 |
| 10/14/2004 | 11 | 23136 | 16520.00 | 62.30 | 1771.87 | | | | 18291.87 | 93914.51 |
| 10/15/2004 | 12 | 23413 | | | | | 50000.00R | | | 43914.51 |
| 11/09/2004 | 13 | 23413 | 6300.00 | 23.20 | 2144.05 | | | | 8444.05 | 52358.56 |
| 11/09/2004 | 15 | 24644 | | | | | 25000.00R | | | 27358.56 |
| 11/30/2004 | 16 | 24644 | | | | | 27358.56R | | | 0.00 |
| 12/10/2004 | 17 | 24644 | 23958.50 | 87.50 | 243.00 | | | | 24201.50 | 24201.50 |
| 01/18/2005 | 18 | 25656 | 29620.00 | 113.90 | 1053.25 | | | | 30673.25 | 54874.75 |
| 02/10/2005 | 20 | 26403 | 1350.00 | 4.50 | 1193.90 | | | | 2543.90 | 57418.65 |
| 02/17/2005 | 21 | 26867 | | | | | 24201.50R | | | 33217.15 |
| 03/09/2005 | 22 | 26867 | | | | | 20000.00R | | | 13217.15 |
| 03/09/2005 | 23 | 26867 | 1320.00 | 4.40 | | | | | 1320.00 | 14537.15 |
| 04/07/2005 | 24 | 27445 | 735.00 | 2.40 | 2.00 | | | | 737.00 | 15274.15 |
| 04/14/2005 | 25 | 28333 | | | | | 15274.15R | | | 0.00 |
| 05/12/2005 | 26 | 28333 | 2297.50 | 9.90 | 19.65 | | | | 2317.15 | 2317.15 |
| 06/17/2005 | 27 | 29115 | 13232.50 | 59.70 | 133.00 | | | | 13365.50 | 15682.65 |

Defense of State Lawsuit

| Subtotal | | | 276611.00 | 1026.80 | 14595.00 | | 275523.35 | | 291206.00 | 15682.65 |

| Total for 13 - Primary Timekeeper | | | 276611.00 | 1026.80 | 14595.00 | | 275523.35 | | 291206.00 | 15682.65 |

Exhibit 24

TODS Client Ledger Report
TODD & WELD LLP

Primary Timekeeper: 13 Howard M. Cooper
Thru 06/30/2005

**6102.30M Edward MacKenzie & T**
RE: The General Convention of the New Jerusalem

| Date | Ref # | Stmt # | Fee Amount | Hours | Expense Amount | Advance Amount | Payment Amount | Apply to Stmt # | Bill Total | Balance Due |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/15/2004 | 1 | 19099 | 30485.00 | 123.30 | 172.94 | | | | 30657.94 | 30657.94 |
| 04/26/2004 | 2 | 19910 | | | | | 30657.94R | | | 0.00 |
| 05/18/2004 | 3 | 19910 | 15477.50 | 54.50 | 871.70 | | | | 16349.20 | 16349.20 |
| 06/07/2004 | 4 | 20368 | | | | | 16349.20R | | | 0.00 |
| 06/16/2004 | 5 | 20368 | 31052.50 | 116.60 | 630.40 | | | | 31682.90 | 31682.90 |
| 07/16/2004 | 6 | 21071 | 48930.00 | 170.30 | 4573.62 | | | | 53503.62 | 85186.52 |
| 07/21/2004 | 7 | 21447 | | | | | 31682.00R | | | 53504.52 |
| 08/04/2004 | 8 | 21447 | 21112.50 | 72.20 | 1220.65 | | | | 22333.15 | 75837.67 |
| 08/23/2004 | 9 | 22280 | | | | | 35000.00R | | | 40837.67 |
| 09/10/2004 | 10 | 22280 | 34220.00 | 122.10 | 564.97 | | | | 34784.97 | 75622.64 |
| 10/14/2004 | 11 | 23136 | 16520.00 | 62.30 | 1771.87 | | | | 18291.87 | 93914.51 |
| 10/15/2004 | 12 | 23413 | | | | | 50000.00R | | | 43914.51 |
| 11/09/2004 | 13 | 23413 | 6300.00 | 23.20 | 2144.05 | | | | 8444.05 | 52358.56 |
| 11/09/2004 | 15 | 24644 | | | | | 25000.00R | | | 27358.56 |
| 11/30/2004 | 16 | 24644 | | | | | 27358.56R | | | 0.00 |
| 12/10/2004 | 17 | 24644 | 23958.50 | 87.50 | 243.00 | | | | 24201.50 | 24201.50 |
| 01/18/2005 | 18 | 25656 | 29620.00 | 113.90 | 1053.25 | | | | 30673.25 | 54874.75 |
| 02/10/2005 | 20 | 26403 | 1350.00 | 4.50 | 1193.90 | | | | 2543.90 | 57418.65 |
| 02/17/2005 | 21 | 26867 | | | | | 24201.50R | | | 33217.15 |
| 03/09/2005 | 22 | 26867 | | | | | 20000.00R | | | 13217.15 |
| 03/09/2005 | 23 | 26867 | 1320.00 | 4.40 | | | | | 1320.00 | 14537.15 |
| 04/07/2005 | 24 | 27445 | 735.00 | 2.40 | 2.00 | | | | 737.00 | 15274.15 |
| 04/14/2005 | 25 | 28333 | | | | | 15274.15R | | | 0.00 |
| 05/12/2005 | 26 | 28333 | 2297.50 | 9.90 | 19.65 | | | | 2317.15 | 2317.15 |
| 06/17/2005 | 27 | 29115 | 13232.50 | 59.70 | 133.00 | | | | 13365.50 | 15682.65 |
| Subtotal | | | 276611.00 | 1026.80 | 14595.00 | | 275523.35 | | 291206.00 | 15682.65 |

Defense of Federal Lawsuit

Defense of State Lawsuit

**Total for Primary Timekeeper: 13**

| | | | 276611.00 | 1026.80 | 14595.00 | | 275523.35 | | 291206.00 | 15682.65 |

*Joseph R. Nolan*
*Suffolk Law School*
*120 Tremont St.*
*Boston, MA 02108*

**Professional Services Rendered 08/30/04-09/30/04**
**Re: General Convention of the New Jerusalem v. Bostonview Corporation et al.**
**Per retainer agreement**

| | |
|---|---|
| 08/30/04 | 2 hours |
| 08/31/04 | 1.00 |
| 09/01/04 | 1.25 |
| 09/02/04 | 1.25 |
| 09/03/04 | 1.25 |
| 09/07/04 | 2.25 |
| 09/08/04 | 1.50 |
| 09/09/04 | 1.50 |
| 09/10/04 | 3.00 |
| 09/13/04 | |
| 09/14/04 | 1.00 |
| 09/15/04 | 1.00 |
| 09/16/04 | 2.75 |

REDACTED

1

| | |
|---|---|
| 09/21/04 | 4.00 |
| 09/22/04 | 1.00 |
| 09/23/04 | 2.00 |
| 09/24/04 | 2.00 |
| 09/25/04 | 2.00 |
| 09/27/04 | 1.25 |
| 09/28/04 | 2.25 |
| 09/29/04 | 2.00 |
| 09/30/04 | 2.00 |

REDACTED

Total hours: 39.5
@ $500/hr

**TOTAL:** 19,500.00

10/10/2004

2

SUFFOLK
U N I V E R S I T Y
—————————————
LAW SCHOOL

Justice Joseph R. Nolan (Ret)
*University Professor*
*tel* 617 573 8137  *fax* 617 305 3088  jnolan@suffolk.edu

## Professional Services Rendered 10/01/04-10/30/04
## Re: General Convention of the New Jerusalem v. Bostonview Corporation et al.
## Per retainer agreement

| | |
|---|---|
| 10/01/04 | 1 hour |
| 10/02/04 | 1.00 |
| 10/05/04 | 2.00 |
| 10/06/04 | 2.00 |
| 10/07/04 | 2.00 |
| 10/08/04 | 2.00 |
| 10/09/04 | 1.00 |
| 10/10/04 | 2.50 |
| 10/12/04 | .25 |
| 10/13/04 | 2.00 |
| 10/14/04 | 2.00 |
| 10/15/04 | 3.50 |
| 10/16/04 | 1.00 |
| 10/18/04 | 2.00 |
| 10/19/04 | 2.00 |
| 10/20/04 | 2.00 |

REDACTED

Justice Joseph R. Nolan (Ret)
*University Professor*
*tel* 617-573-8137  *fax* 617.305.3088  jnolan@suffolk.edu

SUFFOLK
U N I V E R S I T Y
LAW SCHOOL

| | |
|---|---|
| 10/21/04 | 2.00 |
| 10/22/04 | 2.00 |
| 10/23/04 | 2.00 |
| 10/25/04 | 1.50 |
| 10/26/04 | 3.50 |
| 10/27/04 | 1.25 |
| 10/28/04 | .50 |
| 10/29/04 | 1.00 |
| 10/30/04 | 1.00 |

REDACTED

Total hours: 42.0
@ $500/hr

TOTAL: 21,500.00



Justice Joseph R. Nolan (Ret)
*University Professor*
*tel* 617.573.8137  *fax* 617.305.3088  jnolan@suffolk.edu

**SUFFOLK**
U N I V E R S I T Y

**LAW SCHOOL**

## Professional Services Rendered 11/01/04-11/30/04
## Re: General Convention of the New Jerusalem v. Bostonview Corporation et al.
## Per retainer agreement

| Date | Hours |
|---|---|
| 11/01/04 | 1 hour |
| 11/02/04 | 1.25 |
| 11/03/04 | 1.00 |
| 11/04/04 | 4.00 |
| 11/05/04 | 2.00 |
| 11/08/04 | 2.00 |
| 11/09/04 | 2.50 |
| 11/10/04 | 1.00 |
| 11/12/04 | 1.00 |
| 11/15/04 | 2.25 |
| 11/16/04 | 2.00 |
| 11/17/04 | 2.00 |
| 11/19/04 | 1.00 |
| 11/20/04 | 1.00 |
| 11/21/04 | 1.00 |
| 11/23/04 | 1.50 |

REDACTED



Justice Joseph R. Nolan (Ret)
*University Professor*
*tel* 617 573 8137  *fax* 617 305 3088  jnolan@suffolk.edu

SUFFOLK
U N I V E R S I T Y
LAW SCHOOL

11/24/04  2.00

11/26/04 1.50

Total hours: 30.0
@ $500/hr
_____

**TOTAL:** 15,000.00

Exhibit 25

# Edwards & Angell LLP

101 Federal Street  Boston, Massachusetts 02110  617.439.4444  *fax* 617.439.4170
www.EdwardsAngell.com

# Invoice

*Wire Instructions:*
Fleet National Bank
Westminster St., Providence, RI  02903
ABA# 011500010 Acct# 15-6917009

*Remittance Address*
Department 956
P.O. Box 40000
Hartford, CT 06151

Fed. Id #05-0135015
0564 F9STD

Boston Society of the New Jerusalem, Inc.
**Attention: Thomas Kennedy, Chairman, Board of Trustees**
140 Bowdoin Street
Beacon Hill
Boston, MA 02108

December 8, 2003

Boston Society of the New Jerusalem, Inc/Investigation
50085/0003
Invoice # 618878

*Summary Page – Please refer to detail attached for further information.*

| | |
|---|---|
| Legal Services: | $13,758.00 |
| Disbursements: | $383.95 |
| Total Invoice: | $14,141.95 |

*Bills for legal services, disbursements and charges are due within 30 days. Bills not paid within 30 days will be assessed a late payment charge equal to 1% per month until paid in full.*

# Edwards & Angell LLP

101 Federal Street   Boston, Massachusetts 02110   617 439 4444   *fax* 617 439 4170
www.EdwardsAngell.com

# Invoice

*Wire Instructions:*
Fleet National Bank
Westminster St., Providence, RI 02903
ABA# 011500010 Acct# 15-6917009

*Remittance Address*
Department 956
P.O. Box 40000
Hartford, CT 06151

Fed. Id #05-0135015
0564 F9STD

Boston Society of the New Jerusalem, Inc.
**Attention: John Burke, Treasurer**
**140 Bowdoin Street**
**Beacon Hill**
**Boston, MA 02108**                         December 31, 2003

Boston Society of the New Jerusalem, Inc/Investigation
50085/0003
Invoice # 621961

*Summary Page - Please refer to detail attached for further information.*

| | |
|---|---|
| Legal Services: | $74,812.50 |
| Disbursements: | $5,904.56 |
| Total Invoice: | $80,717.06 |
| Balance Due as of December 31, 2003: | $14,141.95 |
| Total Including This Invoice: | $94,859.01 |

*Bills for legal services, disbursements and charges are due within 30 days. Bills not paid within 30 days will be assessed a late payment charge equal to 1% per month until paid in full.*

# Edwards & Angell LLP

101 Federal Street  Boston, Massachusetts  02110  617.439.4444  *fax* 617.439.4170
www.EdwardsAngell.com

# Invoice

*Wire Instructions:*
Fleet National Bank
Westminster St., Providence, RI  02903
ABA# 011500010 Acct# 15-6917009

*Remittance Address*
Department 956
P.O. Box 40000
Hartford, CT 06151

Fed. Id # 05-0135015
0564 F9STD

**Boston Society of the New Jerusalem, Inc.**
**Attention: John Burke, Treasurer**
**140 Bowdoin Street**
**Beacon Hill**
**Boston, MA 02108**

**February 11, 2004**

**Boston Society of the New Jerusalem, Inc/Investigation**
**50085/0003**
**Invoice # 628627**

*Summary Page – Please refer to detail attached for further information.*

| | |
|---|---|
| **Legal Services:** | **$48,360.00** |
| **Disbursements:** | **$1,691.35** |
| **Total Invoice:** | **$50,051.35** |

*Bills for legal services, disbursements and charges are due within 30 days.  Bills not paid within 30 days will be assessed a*
*late payment charge equal to 1% per month until paid in full.*

# Edwards & Angell LLP

101 Federal Street  Boston, Massachusetts  02110   617.439.4444   *fax* 617.439.4170
www.EdwardsAngell.com

# Invoice

*Wire Instructions:*
Fleet National Bank
Westminster St., Providence, RI  02903
ABA# 011500010 Acct# 15-6917009

*Remittance Address*
Department 956
P.O. Box 40000
Hartford, CT 06151

Fed. Id #05-0135015
0564 F9STD

Boston Society of the New Jerusalem, Inc.
**Attention: John Burke, Treasurer**
**140 Bowdoin Street**
**Beacon Hill**
**Boston, MA 02108**

March 10, 2004

**Boston Society of the New Jerusalem, Inc/Investigation**
50085/0003
Invoice # 632770

*Summary Page – Please refer to detail attached for further information.*

| | |
|---|---|
| Legal Services: | $51,313.04 |
| Disbursements: | $2,481.63 |
| Total Invoice: | $53,794.67 |

*Bills for legal services, disbursements and charges are due within 30 days.  Bills not paid within 30 days will be assessed a late payment charge equal to 1% per month until paid in full.*

# Edwards & Angell LLP

101 Federal Street   Boston, Massachusetts 02110   617.439.4444   *fax* 617.439.4170
www.EdwardsAngell.com

# Invoice

*Wire Instructions:*
Fleet National Bank
Westminster St., Providence, RI  02903
ABA# 011500010 Acct# 15-6917009

*Remittance Address*
Department 956
P.O. Box 40000
Hartford, CT 06151

Fed. Id #05-0135015
0564 F9STD

Boston Society of the New Jerusalem, Inc.
Attention: John Burke, Treasurer
140 Bowdoin Street
Beacon Hill
Boston, MA 02108

April 15, 2004

Boston Society of the New Jerusalem, Inc/Investigation
50085/0003
Invoice # 638418

*Summary Page - Please refer to detail attached for further information.*

| | |
|---|---|
| Legal Services: | $15,877.00 |
| Disbursements: | $2,049.26 |
| Total Invoice: | $17,926.26 |
| Balance Due as of April 15, 2004: | $53,794.67 |
| Total Including This Invoice: | $71,720.93 |

*Bills for legal services, disbursements and charges are due within 30 days.  Bills not paid within 30 days will be assessed a late payment charge equal to 1% per month until paid in full.*

# Edwards & Angell LLP

101 Federal Street   Boston, Massachusetts  02110   617.439.4444   *fax* 617.439.4170
www.EdwardsAngell.com

# Invoice

*Wire Instructions:*
Fleet National Bank
Westminster St., Providence, RI  02903
ABA# 011500010 Acct# 15-6917009

*Remittance Address*
Department 956
P.O. Box 40000
Hartford, CT 06151

Fed. Id #05-0135015
0564 F9STD

Boston Society of the New Jerusalem, Inc.
**Attention: John Burke, Treasurer**
**140 Bowdoin Street**
**Beacon Hill**
**Boston, MA 02108**

May 13, 2004

Boston Society of the New Jerusalem, Inc/Investigation
50085/0003
Invoice # 643031

*Summary Page - Please refer to detail attached for further information.*

| | |
|---|---|
| Legal Services: | $25,812.50 |
| Disbursements: | $758.21 |
| Total Invoice: | $26,570.71 |

*Remittance Copy*

# Edwards & Angell LLP

101 Federal Street  Boston, Massachusetts  02110   617.439.4444   *fax* 617.439.4170
www.EdwardsAngell.com

# Invoice

*Wire Instructions:*
Fleet National Bank
Westminster St., Providence, RI  02903
ABA# 011500010 Acct# 15-6917009

*Remittance Address*
Department 956
P.O. Box 40000
Hartford, CT 06151

Fed. Id #05-0135015
0564 F9STD

**Boston Society of the New Jerusalem, Inc.**
**Attention: John Burke, Treasurer**
**140 Bowdoin Street**
**Beacon Hill**
**Boston, MA 02108**

June 7, 2004

**Boston Society of the New Jerusalem, Inc/Investigation**
**50085/0003**
**Invoice # 646106**

*Summary Page - Please refer to detail attached for further information.*

| | |
|---|---|
| Legal Services: | $17,430.00 |
| Disbursements: | $460.80 |
| Total Invoice: | $17,890.80 |

*Bills for legal services, disbursements and charges are due within 30 days.  Bills not paid within 30 days will be assessed a late payment charge equal to 1% per month until paid in full.*

BOSTON  FT. LAUDERDALE  HARTFORD  NEW YORK  PROVIDENCE  SHORT HILLS, NJ  STAMFORD  WEST PALM BEACH  LONDON

# Edwards & Angell LLP

101 Federal Street   Boston, Massachusetts  02110   617.439.4444   *fax* 617.439.4170
www.EdwardsAngell.com

# Invoice

*Wire Instructions:*
Fleet National Bank
Westminster St., Providence, RI  02903
ABA# 011500010 Acct# 15-6917009

*Remittance Address*
Department 956
P.O. Box 40000
Hartford, CT 06151

Fed. Id #05-0135015
0564 F9STD

**Boston Society of the New Jerusalem, Inc.**
**Attention: John Burke, Treasurer**
**140 Bowdoin Street**
**Beacon Hill**
**Boston, MA 02108**

**July 13, 2004**

**Boston Society of the New Jerusalem, Inc/Investigation**
**50085/0003**
**Invoice # 652033**

*Summary Page - Please refer to detail attached for further information.*

| | |
|---|---|
| Legal Services: | $15,475.00 |
| Disbursements: | $408.52 |
| Total Invoice: | $15,883.52 |

*Bills for legal services, disbursements and charges are due within 30 days.  Bills not paid within 30 days will be assessed a late payment charge equal to 1% per month until paid in full.*

BOSTON  FT. LAUDERDALE  HARTFORD  NEW YORK  PROVIDENCE  SHORT HILLS, NJ  STAMFORD  WEST PALM BEACH  LONDON