UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOSTON SOCIETY OF THE NEW JERUSALEM, INCORPORATED, BOSTONVIEW CORPORATION, EDWARD MACKENZIE, and THOMAS KENNEDY,<br><br>    Plaintiffs/Counterclaim Defendants,<br>v.<br><br>GREAT AMERICAN INSURANCE COMPANY,<br><br>    Defendant/Counterclaim Plaintiff. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. NO. 05-CV-10494-WGY<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' RESPONSE TO DEFENDANT'S LOCAL RULE 56.1 STATEMENT IN OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

The Plaintiffs Boston Society of the New Jerusalem, Inc., Bostonview Corp., Edward MacKenzie, and Thomas Kennedy (hereafter "the Insureds") pursuant to Local Rule 56.1, submit their response to Defendant's Local Rule 56.1 Statement in Opposition to Plaintiffs' Motion for Summary Judgment.

    1.    Admitted.

    2.    Admitted.

    3.    Admitted in part. The Insureds cannot respond specifically to the allegations that there were time entries that did not constitute "Costs of Defense" reimbursable under the insurance policy because Great American has not submitted the specific time entries that allegedly would not qualify for reimbursement as "Costs of Defense."

Respectfully submitted,

BOSTON SOCIETY OF THE NEW
JERUSALEM, INCORPORATED,
BOSTONVIEW CORPORATION,
EDWARD MACKENZIE, and
THOMAS KENNEDY,

By their attorneys,

/s/ Nicholas B. Carter
Howard M. Cooper (BBO #543842)
Nicholas B. Carter (BBO #561147)
Philip H. Graeter (BBO #645316)
TODD & WELD LLP
28 State Street, 31st Floor
Boston, MA 02109
(617) 720-2626

Dated: September 13, 2005