**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

BOSTON SOCIETY OF THE NEW JERUSALEM, INC. ET AL
      Plaintiff(s)

    V.

CIVIL ACTION

NO.  05-10494-WGY

GREAT AMERICAN INSURANCE COMPANY
      Defendant(s)

**ORDER OF REFERENCE**
**FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

After consultation with counsel and after consideration of the various alternative dispute resolution programs (ADR) available, I find this matter appropriate for ADR and accordingly, refer this case to ADR PROGRAM -  NOVEMBER,2005  for the following ADR program:

   _____ SCREENING CONFERENCE    _____ EARLY NEUTRAL EVALUATION
   \_\_\_X\_\_\_ MEDIATION    _____ MINI-TRIAL
   _____ SUMMARY JURY TRIAL    _____ SETTLEMENT CONFERENCE
   _____ SPECIAL MASTER
   _____ PRIVATE ALTERNATIVE DISPUTE RESOLUTION PROGRAM

Upon notification of the time and place designated for the proceeding, counsel are directed to be present with their clients or with appropriate settlement authority and to provide any written documentation which may be required for the particular ADR program.   If counsel is engaged on trial or has any scheduling conflict and a continuance becomes necessary, the provider of the ADR program and other counsel should be advised of the conflict immediately.

  10/5/05                                                            /s/ William G. Young
    DATE                                             UNITED STATES DISTRICT JUDGE

CASE CATEGORY

| | | | |
|---|---|---|---|
| Admiralty | \_\_\_\_\_ | Antitrust | \_\_\_\_\_ |
| Civil Rights | \_\_\_\_\_ | Contract | \_\_\_\_\_ |
| Copyright/Trademark/Patent | \_\_\_\_\_ | Environmental | \_\_\_\_\_ |
| ERISA | \_\_\_\_\_ | FELA | \_\_\_\_\_ |
| Labor Relations | \_\_\_\_\_ | Medical Malpractice | \_\_\_\_\_ |
| Personal Injury | \_\_\_\_\_ | Product Liability | \_\_\_\_\_ |
| Shareholder Dispute | \_\_\_\_\_ | | |
| Other | | _____ | |

(ADR Referral.wpd - 4/12/2000)                                                                                         [orefadr.]