UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOSTON SOCIETY OF THE NEW JERUSALEM, INCORPORATED, BOSTONVIEW CORPORATION, EDWARD MACKENZIE, and THOMAS KENNEDY,<br><br>       Plaintiffs/Counterclaim Defendants,<br><br>v.<br><br>GREAT AMERICAN INSURANCE COMPANY,<br><br>       Defendant/Counterclaim Plaintiffs. | C.A. No. 05-10494WGY |

## **SUPPLEMENTAL LR 16.1(d) JOINT STATEMENT**

Further to the matters addressed at the Rule 16 conference held on May 9, 2005, the parties submit this Supplemental Joint Statement:

| Event | Proposed Deadline |
|---|---|
| Rule 26(a) Disclosures: | May 27, 2005 |
| Plaintiffs' Motion for Summary Judgment served, but not filed by | July 6, 2005 |
| Pursuant to agreed-upon briefing schedule, Plaintiffs' Summary Judgment Motion, Defendant's Opposition and Cross Motion, and Plaintiffs' Reply to Cross Motion shall be filed not later than[1] | September 13, 2005 |
| Amendment of Pleadings and Joinder of Parties | September 15, 2005 |
| Defendants' Reply Memorandum In Support of Cross Motion for | November 7, 2005 |

---

[1] Defendant reserves the right to seek leave to file a Reply to plaintiff's Opposition to defendant's cross motion for summary judgment, if warranted.

| | |
|---|---|
| Summary Judgment filed by | |
| Mediation | November 9, 2005 |
| Plaintiffs' Disclosure of Expert(s) and Production of Expert Report(s) | 3 months from date Court rules on motions for summary judgment |
| Defendant's Disclosure of Expert(s) and Production of Expert Report(s) | 4 months from date Court rules on motions for summary judgment |
| Close of Discovery (Fact and Expert) | March 31, 2006 |
| Pre-Trial Conference | On or after May 1, 2006 |
| Trial | June 5, 2006 (placed on running trial list) |

November 7, 2005

Respectfully Submitted,

BOSTON SOCIETY OF THE
NEW JERUSALEM, INC.,
BOSTONVIEW CORP.,
EDWARD MACKENZIE, and
THOMAS KENNEDY,

By their counsel,

*/s/ Nicholas Carter (by)*
Nicholas B. Carter BBO#561147
Philip H. Graeter BBO#645316
Todd & Weld, LLP
28 State Street
Boston, MA 02109
(617) 624-4727

GREAT AMERICAN INSURANCE COMPANY

By its counsel,

*/s/ Barbara O'Donnell*
Barbara A. O'Donnell 544458
Stephen J. Abarbanel   010100
Robinson & Cole LLP
One Boston Place, 25th Floor
Boston, MA 02108
(617) 557-5900

Of Counsel:
Peter F. Lovato
Ellen D. Jenkins
Boundas, Skarzynski, Walsh & Black, LLC
200 East Randolph Drive, Suite 7200
Chicago, Illinois   60601