UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOSTON SOCIETY OF THE NEW JERUSALEM, INCORPORATED, BOSTONVIEW CORPORATION, EDWARD MACKENZIE, and THOMAS KENNEDY,<br><br>        Plaintiffs/Counterclaim Defendants,<br>v.<br><br>GREAT AMERICAN INSURANCE COMPANY,<br><br>        Defendant/Counterclaim Plaintiffs. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 05-10494WGY<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ASSENTED-TO MOTION FOR THE ADMISSION
## *PRO HAC VICE* OF PETER LOVATO

Pursuant to Fed.R.Civ.P.Local Rule 83.5.3, undersigned counsel respectfully requests that the Court enter an Order admitting attorney Peter Lovato of the law firm Boundas, Skarzynski Walsh & Black LLC to practice before this Court *pro hac vice* in the above-captioned matters on behalf of defendant/counterclaim plaintiff, Great American Insurance Company ("Great American"). The grounds for this assented-to motion are as follows:

(1) This motion is sponsored by Great American's co-counsel of record, Barbara O'Donnell, located in the Boston office of Robinson & Cole LLP. Attorney O'Donnell is a member in good standing of the Bar of this Court licensed to practice in this jurisdiction.

(2) Good cause exists to allow attorney Lovato to appear pro hac vice in this matter. In addition to his familiarity with the factual and legal issues in this matter,

BOST1-872165-1

attorney Lovato has served as outside coverage counsel for Great American for several years and has represented it in other coverage litigation concerning disputes over the terms and conditions of its insurance policies. Attorney Lovato has been actively involved in the preparation of Great American's cross motion for summary judgment and Great American requests that he be allowed to participate in the November 15, 2005 hearing on the parties' cross motions for summary judgment.

(3)    As shown on the accompanying Certificate, Attorney Lovato is a member in good standing of the bars of the following courts: the United States Supreme Court; the United States Courts of Appeals for the Third, Fifth, Sixth, Seventh, Eighth, Eleventh, and District of Columbia Circuits; the United States District Courts for the Northern District of Illinois, Northern District of Texas, Western District of Michigan, District of Colorado, Eastern District of Wisconsin; and the state of Illinois.

(4)    There are no disciplinary proceedings pending against attorney Lovato in any jurisdiction; and

(5)    Attorney Lovato is familiar with the provisions of the Local Rules of this Court and will abide by same.

In further support of this motion, the Certificate of Attorney Lovato concerning the foregoing is filed herewith.

## Rule 7.1(A)(2) Certificate

Pursuant to Local Rule 7.1(A)(2), undersigned counsel states that she has conferred with plaintiffs' counsel of record in this action and gained their consent to this

motion.

November 8, 2005                    Respectfully submitted,

                                    GREAT AMERICAN INSURANCE COMPANY

                                    *[signature]*
                                    _____
                                    Barbara O'Donnell BBO #544458
                                    Robinson & Cole LLP
                                    One Boston Place, #2500
                                    Boston, MA. 02108-4404
                                    Tel (617) 557-5945

Of Counsel:
Peter F. Lovato
Ellen Jenkins
BOUNDAS SKARZYNSKI WALSH & BLACK, LLC
200 East Randolph Drive, Suite 7200
Chicago IL 60601
(312) 946-4200
(312) 946-4272 (fax)

**ASSENTED TO:**

BOSTON SOCIETY OF
THE NEW JERUSALEM, INC., et al.
By its Counsel,

*[signature]* Nicholas Carter (BD)
_____
Nicholas B. Carter BBO#561147
Todd & Weld LLP
28 State Street
Boston, MA 02109

### CERTIFICATE OF SERVICE

I hereby certify that on this ___8___ day of November 2005, I have served the foregoing document upon all parties to this action by sending a copy by first class mail, postage prepaid, to plaintiffs' counsel of record in this action:

                                    Nicholas B. Carter, Esq.
                                    Todd & Weld LLP
                                    28 State Street
                                    ~~Boston~~, MA 02109
                                    *[signature]*
                                    _____
                                    Barbara O'Donnell

3

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOSTON SOCIETY OF THE NEW JERUSALEM, INCORPORATED, BOSTONVIEW CORPORATION, EDWARD MACKENZIE, and THOMAS KENNEDY,<br><br>        Plaintiffs/Counterclaim Defendants,<br>v.<br><br>GREAT AMERICAN INSURANCE COMPANY,<br><br>        Defendant/Counterclaim Plaintiffs. | C.A. No. 05-10494WGY |

## CERTIFICATE OF PETER F. LOVATO, III

The undersigned, being duly sworn, hereby deposes and says:

1. I am over the age of eighteen years and believe in the obligations of an oath.

2. I am a principal of the law firm of Boundas, Skarzynski, Walsh & Black, LLC, and am counsel to defendant in the above-captioned action. I submit this Certificate in support of accompanying assented-to motion seeking my admission, pro hac vice, to appear on behalf of defendant/counterclaim plaintiff, Great American Insurance Company ("Great American") in this matter.

3. Boundas, Skarzynski, Walsh & Black, LLC is located at 200 East Randolph Drive, Suite 7200, Chicago, Illinois 60601. My telephone number is (312) 946-4250. My fax number is (312) 946-4272. My e-mail address is plovato@bswb.com.

4.  I am a member in good standing of the bar of Illinois and am admitted to the United States Supreme Court, the United States Courts of Appeals for the Third, Fifth, Sixth, Seventh, Eighth, Eleventh, and District of Columbia Circuits, and the United States District Courts for the Northern District of Illinois, Northern District of Texas, Western District of Michigan, District of Colorado, and Eastern District of Wisconsin.

5.  I have not been denied admission or disciplined by this Court or any other court.

6.  I have received and am familiar with the Rules of the United States District Court for the District of Massachusetts.

Under penalty of perjury, I hereby certify that the foregoing facts are true to the best of my knowledge and belief.

Peter F. Lovato, III

## CERTIFICATE OF SERVICE

I hereby certify that on this ___ day of November 2005, I have served the foregoing document upon all parties to this action by sending a copy by first class mail, postage prepaid, to plaintiffs' counsel of record in this action:

Nicholas B. Carter, Esq.
Todd & Weld LLP
28 State Street
Boston, MA 02109

Barbara O'Donnell