UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                      Civil Action
                                                     No: 05-10494-WGY

BOSTON SOCIETY OF THE NEW JERUSALEM
Plaintiff

v.

GREAT AMERICAN INSURANCE
Defendant

SETTLEMENT ORDER OF DISMISSAL

YOUNG, C.J.

      The Court having been advised on 11/14/05 that the above-entitled action has been settled:
IT IS ORDERED that this action is hereby dismissed without cost and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

                                                     By the Court,

                                                   /s/ Elizabeth Smith

                                                   Deputy Clerk

November 14, 2005