UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
BOSTON SOCIETY OF THE NEW      )
JERUSALEM, INCORPORATED,       )
BOSTONVIEW CORPORATION,        )
EDWARD MACKENZIE, and          )
THOMAS KENNEDY,                )
                               )
         Plaintiffs/Counterclaim )
         Defendants,           )
    v.                         )  C.A. No. 05-10494WGY
                               )
GREAT AMERICAN INSURANCE       )
COMPANY,                       )
                               )
         Defendant/Counterclaim )
         Plaintiffs.           )
_____)

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), all of the parties to this action hereby agree and stipulate to its dismissal with prejudice and with each party to bear its own costs and fees.

Dated: January 13, 2006

Respectfully submitted,

| | |
|---|---|
| BOSTON SOCIETY OF THE<br>NEW JERUSALEM, INC.,<br>BOSTONVIEW CORP.,<br>EDWARD MACKENZIE, and<br>THOMAS KENNEDY, | GREAT AMERICAN INSURANCE<br>COMPANY, |
| By their counsel, | By its counsel, |
| \s Nicholas B. Carter<br>Nicholas B. Carter BBO#561147<br>Philip H. Graeter BBO#645316<br>Todd & Weld, LLP<br>28 State Street | \s  Barbara A. O'Donnell<br>Barbara A. O'Donnell544458<br>Stephen J. Abarbanel   010100<br>Robinson & Cole LLP<br>One Boston Place, 25th Floor |

Boston, MA 02109  Boston, MA 02108
(617) 624-4727   (617) 557-5900

                                  Of Counsel:
                                  Peter F. Lovato
                                  Ellen D. Jenkins
                                  Boundas, Skarzynski, Walsh & Black, LLC
                                  200 East Randolph Drive, Suite 7200
                                  Chicago, Illinois   60601

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on this ____ day of January 2006, I served the foregoing document upon all parties to this action by sending a copy by first class mail, postage prepaid, to plaintiffs' counsel of record in this action:

                                  Nicholas B. Carter, Esq.
                                  Todd & Weld LLP
                                  28 State Street
                                  Boston, MA 02109

                                  _____
                                  Barbara O'Donnell